# IN THE SUPREME COURT OF THE STATE OF NEVADA

EQUITY TRUST COMPANY
CUSTODIAN FBO MELISSA SCALERA
IRA,

Appellant,

vs.

MIDFIRST BANK,

Respondent.

No. 74490

FILED

DEC 22 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER GRANTING MOTION AND DISMISSING APPEAL

This is an appeal from a district court order granting a motion for clarification and amending a previous order. Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

Respondent has filed an amended motion to dismiss this appeal for lack of jurisdiction. Respondent argues that the order appealed from is not final, stating that claims remain pending below against Mission Point Condominiums, and appellant did not request and therefore was not granted NRCP 54(b) certification by the district court. The motion is unopposed. Accordingly, we grant the motion and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Respondent's motion for sanctions pursuant to NRAP 38 is denied.

SUPREME COURT
OF
NEVADA

(O) 1947A

17-44259

cc: Hon. Kenneth C. Cory, District Judge
Joseph Y. Hong
McCarthy & Holthus, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A